PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
4:22-CR-00153-SDJ0-CAN(3)

DOCKET NUMBER *(Rec. Court)*
2:25-cr-00207-JCM-EJY-1

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:

Eugene Elfrank

DISTRICT
Eastern District of Texas

DIVISION
Sherman Division

☑ FILED   ☐ RECEIVED
☐ ENTERED   ☐ SERVED ON

JULY 11 2025

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ AMMi DEPUTY

NAME OF SENTENCING JUDGE
The Honorable Sean D. Jordan
U.S. District Judge

DATES OF PROBATION/
SUPERVISED RELEASE:

FROM
December 4, 2024

TO
December 3, 2027

OFFENSE

Conspiracy to Commit Wire Fraud – 18 U.S.C.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Elfrank has established himself in the District of Nevada and plans to remain in Las Vegas for the duration of his supervision. To expedite any future matters, which may require the Court's attention, transfer of jurisdiction is requested.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   EASTERN DISTRICT OF TEXAS

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 10, 2025
*Date*

_____
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 1, 2025
*Effective* Date

_____
United States District Judge

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Eugene Elfrank

Case No.: To be assigned

**REQUEST TO ACCEPT
TRANSFER OF JURISDICATION**

July 10, 2025

TO:   The Honorable District Court Judge

On June 20, 2023, Mr. Elfrank was convicted in the Eastern District of Texas of Conspiracy to Commit Wire Fraud. Mr. Elfrank was sentenced to 27 months imprisonment followed by three years of supervised release. Mr. Elfrank commenced his term of supervision On December 4, 2024.

Mr. Elfrank has established himself in the District of Nevada and plans to remain in Nevada for the duration of supervision. To expeditiously address matters of supervision, it is respectfully requested transfer of jurisdiction be accepted. Attached are the probation form 22s. for the Court's review.

Respectfully submitted,

Digitally signed by
Brianna King
Date: 2025.07.10
16:25:16 -07'00'

Erica Hogans
US Probation Officer

Approved:

Digitally signed by
Amberleigh Barajas
Date: 2025.07.10
14:54:18 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer