# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR SUMMONS
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Eugene Elfrank**

Case Number: **2:25CR00207**

Name of Sentencing Judicial Officer: **Honorable Sean D. Jordan**

Date of Original Sentence: **June 20, 2023**

Original Offense: **Conspiracy to Commit Wire Fraud**

Original Sentence: **27 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **December 4, 2024**

Date Jurisdiction Transferred to District of Nevada: **August 1, 2025**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

## PETITIONING THE COURT

☒ To issue a summons:

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Unlawfully Use Controlled Substance (Mandatory) - You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests, thereafter, as determined by the court, not to exceed 104 tests annually.**

    On February 6, 2025, Mr. Elfrank tested positive for the use of cocaine.

    Mr. Elfrank tested positive for the use of methamphetamine of the following dates:

RE: Eugene Elfrank

- April 8, 2025
- April 9, 2025
- April 19, 2025
- May 8, 2025
- May 20, 2025
- May 25, 2025
- May 29, 2025
- June 4, 2025
- June 14, 2025
- June 21, 2025
- June 24, 2025
- July 10, 2025
- Jule 12, 2025

Mr. Elfrank failed to report for drug testing on the following dates:

- May 17, 2025
- July 10, 2025 (STALL)

2. **Must Answer Truthfully** - You must answer truthfully the questions asked by your probation officer.

   On April 9, 2025, Mr. Elfrank advised the undersigned officer that he was testing positive for methamphetamine due to his prescribed medication. An investigation revealed that Mr. Elfrank tested positive as he was using illicit methamphetamine.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

RE: Eugene Elfrank

Prob12C
D/NV Form
Rev. March 2017

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **August 21, 2025**

*E Hogans*
Digitally signed by Erica Hogans
Date: 2025.08.21 15:29:07 -07'00'

Erica Hogans
U.S. Probation Officer

Approved:

*Amberleigh K Barajas*
Digitally signed by Amberleigh Barajas
Date: 2025.08.21 15:15:11 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer

*THE COURT ORDERS*

☐   No Action.
☐   The issuance of a warrant.
X   The issuance of a summons.
☐   Other:

*James C. Mahan*
Signature of Judicial Officer

August 25, 2025
Date

RE: Eugene Elfrank

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. EUGENE ELFRANK, 2:25CR00207

### SUMMARY IN SUPPORT OF PETITION FOR SUMMONS
### August 21, 2025

On June 20, 2023, Mr. Elfrank was sentenced in the Eastern District of Texas by the Honorable Sean D. Jordan to 27 months prison followed by three (3) years supervised release after committing the offense of Conspiracy to Commit Wire Fraud. On August 1, 2025, You Honor accepted jurisdiction of Mr. Elfank's case.

On February 6, 2025, Mr. Elfrank tested positive for the use of cocaine. On February 7, 2025, Mr. Elfrank reported to the probation office and admitted he used cocaine to the undersigned officer. Mr. Elfrank was verbally reprimanded for the above violations and has been advised of possible consequences if this behavior continues. In response to this violation conduct, Mr. Elfrank's drug testing frequency was increased. Additionally, a violation report was sent to Eastern District of Texas requesting Mr. Elfrank's conditions of release be modified to include substance abuse treatment. Mr. Elfrank's conditions of release was modified on February 12, 2025, and he started substance abuse treatment in March 2025.

On April 8, 2025, Mr. Elfrank tested positive for amphetamine and methamphetamine. On April 9, 2025, the undersigned officer spoke with Mr. Elfrank regarding the positive drug test. He stated he has been taking his attention deficit hyperactivity disorder (ADHD) medication. According to Mr. Elfrank he was prescribed the following medication: Atomoxetine, propranolol, depotestostrone, dextroamphetamine, sertraline and Ozempic.

On May 6, 2025, Mr. Elfrank reported to the U.S. Probation Office as directed to discuss his continued positive drug test. Due to the multiple different prescriptions Mr. Elfrank was prescribed, he was asked to provide the probation office with complete print outs of all medications from his pharmacy. It should be noted the probation office was investigating the validity of Mr. Elfrank's claim that his prescribed medication was the reason he continued to test positive for methamphetamine.

Due to the continued positive drug test, On July 3, 2025, the probation office submitted an interpretation letter to the National Laboratory in attempts to distinguish if Mr. Elfrank's medication was the reason for the positive drug test or if he was using methamphetamine. The interpretation letter's results confirmed none of the medication Mr. Elfrank was taking would test positive for methamphetamine and the results indicate illicit use for methamphetamine.

On July 10, 2025, Mr. Elfrank reported to the probation office to speak with Supervising U.S. Probation Officer (SUSPO) Barajas to discuss the interpretation letter/toxicology report. During the office visit, Mr. Elfrank admitted to SUSPO Barajas that he had been struggling with a drug problem and had been using methamphetamine since April 2025 to cope with stresses since his

RE: Eugene Elfrank

Prob12C
D/NV Form
Rev. March 2017

release from prison. Mr. Elfrank was informed that the District of Nevada will immediately initiate transfer of jurisdiction so all violations can be addressed in the District of Nevada.

On July 23, 2025, reported to the probation office to speak with the undersigned officer. During office visit, Mr. Elfrank advised he had not used methamphetamine since July 10, 2025. Additionally, he advised the reason for his use is due to a fear of gaining weight and being overweight again. Mr. Elfrank self-admitted he has an eating disorder, and the methamphetamine assisted him in eliminating his appetite. Mr. Elfranks' treatment provider was advised of his use of illicit substances and mental health issues so both matters can be appropriately addressed in treatment.

For the Court's information, Mr. Elfrank was convicted of the following offenses:

- Stealing (2x) (1994)
- Driving While License Suspended 3rd Degree (2010)
- Driving While License Suspended 3rd Degree (2011)
- Violation of Civil Antiharassment Order (2x) (2019)

For the Court's information, Mr. Elfrank has prior arrest for the following offenses:

- Passing a Bad Check Less Than $500 (2003)
- Aggravated Assault (2005)

On August 14, 2025, the undersigned officer contacted Mr. Elfrank's eating disorder counselor, Ms. Adams, and Doctor Nicole Entenza. The counselor and the doctor were advised of Mr. Elfrank's positive drug tests. It should be noted, Mr. Elfrank failed to notify his clinician or physician of his use of methamphetamine. Ms. Adams was advised that Mr. Elfrank reported using methamphetamine as an appetite suppressant. Ms. Adams reported that Mr. Elfrank did not disclose his past substance abuse struggles.

Dr. Entenza is Mr. Elfrank's prescribing physician and treats his diagnosed ADHD. Dr. Entenza also confirmed that Mr. Elfrank never disclosed his past or current struggles with illicit substances. Mr. Elfrank was prescribed an amphetamine-based medication to treat his ADHD. Dr. Entenza reports Mr. Elfranks' medication will be changed to a non-amphetamine-based prescription. Of concern, is Mr. Elfrank's use of methamphetamine while prescribed an amphetamine-based medication could have led to a potentially fatal overdose.

Due to Mr. Elfrank's numerous positives drug tests, attempts to evade detection of the use of illicit substances, and refusal to comply with the court ordered conditions, it is respectfully requested a summons be issued to initiate revocation proceedings.

RE: Eugene Elfrank

Prob12C
D/NV Form
Rev. March 2017

                              Respectfully submitted,

Digitally signed by Erica Hogans
Date: 2025.08.21 15:29:20 -07'00'

Erica Hogans
U.S. Probation Officer

Approved:

Digitally signed by Amberleigh Barajas
Date: 2025.08.21 15:15:34 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer